UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPCO HOLDINGS, INC., <br>     Plaintiff, <br> v. <br> DREAMBLY, LLC, <br>     Defendant. | Case No. 18-cv-05292-JSW <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 26 |

On February 15, 2019, the Court granted, as modified, the parties' stipulated request to continue the hearing on Defendant's motion to dismiss or transfer venue and to continue other deadlines. Pursuant to that Order, the parties were to file a stipulation to an ADR process or a notice of need for an ADR phone conference by April 25, 2019. The parties did not file anything on that date. Accordingly, the parties are HEREBY ORDERED to show cause why the Court should not impose monetary sanctions based on their failure to comply with the Court's deadline. The parties' response to this Order to Show Cause shall be due by no later than May 1, 2019, the date on which Plaintiff's opposition to Defendant's motion currently is due. The Court also notes that filing a dismissal will not be a sufficient response to this Order.

**IT IS SO ORDERED.**

Dated: April 26, 2019

_____
JEFFREY S. WHITE
United States District Judge